UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| OSCAR CENTENO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MCCALL AUTOMOTIVE, INC., a California Corporation, dba TOYOTA CENTRAL;<br>TOYOTA MOTOR CREDIT CORPORATION, a California Corporation; and<br>DOES 1 through 75, inclusive,<br><br>Defendants. | CASE NO. CV 11-10067-TJH (JCx)<br><br>**ORDER DISMISSING ACTION [JS-6]**<br><br>Judge:   Hon. Terry J. Hatter, Jr.<br>Ctrm:    17<br><br>Complaint Filed: November 4, 2011 |

Based on the stipulation of the parties, the Court hereby dismisses this entire action, with prejudice.

IT IS SO ORDERED.

Dated: May 3, 2012

_____
HON. TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ACTION